JPME

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. '08 MJ 0833 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Marco Antonio LEON-Bautista,** Defendant | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

08 MAR 17 AM 10:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **March 14, 2008** within the Southern District of California, defendant, **Marco Antonio LEON-Bautista,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **MARCH 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Marco Antonio LEON-Bautista**

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On March 14, 2008, Senior Patrol Agent R. D. Reyes was conducting line watch operations near Tecate, California. Agent Reyes is currently assigned to the Brown Field Border Patrol Station and was performing his duties in full duty uniform.

At approximately 5:00 a.m., fifteen possible undocumented aliens were observed jumping over the United States/Mexico International Border fence at panel 83 in Tecate, California. This area is approximately .1 miles west of the Tecate, California Port of Entry. Undocumented aliens attempting to further their illegal entry into the United States commonly use this area.

Agent Reyes responded and arrived at Panel 83. As Agent Reyes arrived to the area, six of the individuals ran south towards the border fence and jumped back over into Mexico. The remaining individuals continued to run north. At approximately 5:20 a.m. a seismic sensor was activated near the area where the individuals had fled to. Agent Reyes responded to the seismic sensor activation and observed some fresh foot prints in the area and began to follow them. After following the foot prints for approximately five minutes, Agent Reyes encountered four individuals trying to conceal themselves in some thick brush. At approximately 5:30 a.m., Agent Reyes approached the individuals and identified himself as a United States Border Patrol Agent in both the English and Spanish language. Agent Reyes then questioned the individuals as to their immigration status. All the individuals in the group admitted to being citizens and nationals of Mexico. One individual, later identified as the defendant **Marco Antonio LEON-Bautista**, stated that he was a citizen and national of Mexico and was not in possession of proper immigration documents that would allow him to be in or remain in the United States legally. All the individuals, including the defendant, were placed under arrest and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 12, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on March 15, 2008 at 9:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 14, 2008**, in violation of Title 8, United States Code, Section **1326**.

Louisa S. Porter
United States Magistrate Judge

3/15/08 9:30 AM
Date/Time