14

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCO ANTONIO LEON-BAUTISTA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1106-JAH

I, MARCO ANTONIO LEON-BAUTISTA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 10, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Marco Antonio Leon Bautista
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER

FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY